**Opinion issued April 4, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00170-CV**

———————————

## IN RE COLONIAL LOGISTICS LLC, AMAZON LOGISTICS, INC., AND STERLING HARMON, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

On March 8, 2023, relators—Colonial Logistics LLC, Amazon Logistics, Inc., and Sterling Harmon—filed a petition for writ of mandamus challenging the trial court's August 10, 2022 order denying relators' motion for leave to designate responsible third parties.[1] We deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

---

[1] The underlying case is *Christopher Shull, Individually and as Next Friend of D.S., a Minor v. Colonial Logistics, LLC, Amazon Logistics, LLC, and John Doe*, cause number 21-CV-1779, pending in the 56th District Court of Galveston County, Texas, the Honorable Lonnie Cox presiding.